**In re TECHSHELL, INC.**

No. 2014–1179.

United States Court of Appeals,
Federal Circuit.

Sept. 17, 2014.

Robert B. Dulaney, III, Smith Risley Tempel Santos, of Atlanta, Georgia, argued for appellant. On the brief was Scott A. Horstemeyer Thomas Horstemeyer LLP, of Atlanta, Georgia. Of counsel were Norman A. Crain and Dan R. Gresham.

Meredith H. Schoenfeld, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for intervenor. With her on the brief were Nathan K. Kelley, Solicitor, and Monica B. Lateef, Associate Solicitor.

PROST, Chief Judge, TARANTO and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**